1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. LEWIS, | Case No. 1:21-cv-01243-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 2) |
| | TWENTY-ONE DAY DEADLINE |

Plaintiff Michael B. Lewis filed a complaint on August 16, 2021, challenging a final decision of the Commissioner of Social Security denying his application for disability benefits. (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However, Plaintiff's application does not demonstrate that he is entitled to proceed without prepayment of fees in this action.

Plaintiff's application states he owns a business that earns approximately $3,000 per month.  (ECF No. at 1-2.)  Plaintiff states his spouse works with him and does not have separate income.  (Id. at 2.)  Plaintiff also claims ownership of a 2021 GMC Sierra.  (Id.)

In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department

of Health and Human Services.  See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).  The 2021 Poverty Guidelines for the 48 contiguous states for a household of two is $17,420.00.  2021 Poverty Guidelines, https://aspe.hhs.gov/2021-poverty-guidelines (last visited August 18, 2021).   Given the household income of approximately $36,000 per year is substantially over this amount, Plaintiff's application does not currently provide sufficient information for the Court to conclude that he is entitled to proceed in this action without prepayment of fees.  Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;

2.      The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3.      Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4.      If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **August 18, 2021**

UNITED STATES MAGISTRATE JUDGE