# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. LEWIS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-01243-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE SERVICE DOCUMENTS AND NEW CASE DOCUMENTS AND SERVE THE SUMMONS AND COMPLAINT |

Plaintiff Michael B. Lewis filed a complaint on August 16, 2021, challenging a final decision of the Commissioner of Social Security denying his application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On August 18, 2021, the Court found Plaintiff's application did not demonstrate entitlement to proceed without prepayment of fees in this action, and ordered Plaintiff to file either a long form application to proceed *in forma pauperis*, or pay the filing fee in this action. (ECF No. 3.) Plaintiff submitted the filing fee on August 24, 2021. Accordingly, the Clerk of the Court will be directed to issue a summons and new case documents in this action, and serve the Defendant.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the

administrative record. Pursuant to the general order, all cases are stayed upon filing unless otherwise ordered by the court. The Court finds that it is appropriate to direct service of the complaint in this action and the stay will go into effect upon service of the complaint.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is DIRECTED to issue a summons and new case documents; and

2. The Clerk of Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **August 25, 2021**

UNITED STATES MAGISTRATE JUDGE